1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES  DISTRICT COURT

## Northern District of California

GRACE GUZMAN, et al.,

               Plaintiffs,

   v.

COUNTY OF ALAMEDA, et al.,

               Defendants.

_____/

No. C 10-2250 MEJ

**ORDER TO SHOW CAUSE**

     On July 30, 2010, the Defendants in the above-captioned matter filed a motion to dismiss, with a noticed hearing date of September 9, 2010.  (Dkt. #3.)  Pursuant to Civil Local Rule 7, Plaintiffs' opposition or statement of non-opposition was due by August 19, 2010; however, Plaintiffs failed to file an opposition. Accordingly, the Court hereby VACATES the September 9 hearing and ORDERS Plaintiffs to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines.  Plaintiffs shall file a declaration by September 9, 2010, and the Court shall conduct a hearing on September 23, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

     **IT IS SO ORDERED.**

Dated: August 23, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge