UNITED STATES DISTRICT COURT

Northern District of California

GRACE GUZMAN, et al.,

                Plaintiffs,

  v.

COUNTY OF ALAMEDA, et al.,

                Defendants.
_____/

No. C 10-2250 MEJ

**ORDER VACATING CMC & RELATED DEADLINES**

This matter is currently scheduled for a case management conference on September 2, 2010. However, there is currently a motion to dismiss pending, as well as an order to show cause why Plaintiffs have not responded to the motion to dismiss. Accordingly, the Court hereby VACATES the September 2 Case Management Conference and all related deadlines. The Court shall reschedule the cmc, if necessary, after resolution of the order to show cause and motion to dismiss.

**IT IS SO ORDERED.**

Dated: August 23, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge