UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| GRACE GUZMAN<br><br>             Plaintiff(s),<br>     v.<br><br>COUNTY OF ALAMEDA<br><br>             Defendant(s).<br>_____/ | No. C 10-02250 MEJ<br><br>**ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On August 25, 2010, Plaintiffs electronically filed the first page of an opposition and response to the outstanding order to show cause. (Dkt. ##20-21.) However, Plaintiffs have failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. Plaintiffs are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy, **with exhibits and appropriate tab dividers if necessary**, of the above-referenced documents. **ALL CHAMBERS COPIES OF ELECTRONICALLY FILED DOCUMENTS MUST INCLUDE ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM.** As to the opposition, Plaintiffs shall ensure that the entire document is filed on ECF as well.

**IT IS SO ORDERED.**

Dated: August 26, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge