UNITED STATES DISTRICT COURT

Northern District of California

GRACE GUZMAN, et al.,

                Plaintiffs,

  v.

COUNTY OF ALAMEDA, et al.,

                Defendants.
_____/

No. C 10-2250 MEJ

**ORDER VACATING OSC**

**ORDER RE DEFENDANTS' MOTION TO DISMISS**

On August 23, 2010, the Court ordered Plaintiffs to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Having received Plaintiffs' counsel's response, the Court hereby DISCHARGES the osc and VACATES the September 23, 2010 hearing. Plaintiffs shall file their full opposition to the motion to dismiss by August 30, 2010. Defendants shall then file any reply by September 9, 2010, and the Court shall conduct a hearing on September 23, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: August 26, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge