1  Rebecca S. Widen, SBN 219207
   Andrea A. Najor, SBN 221853
2  HAAPALA, THOMPSON & ABERN, LLP
   1939 Harrison Street, Suite 800
3  Oakland, California 94612
   Tel:    510-763-2324
4  Fax:    510-273-8570

5  Attorneys For Defendants
   COUNTY OF ALAMEDA and KATHERINE MOORE

6

7

8                    UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

10 GRACE GUZMAN, Y. E.,                 )  Case No.:  C10-02250 MEJ (JL)
                                        )
11          Plaintiffs,                 )  [PROPOSED] ORDER GRANTING
                                        )  INDIVIDUAL DEFENDANT'S REQUEST
12      vs.                             )  TO BE EXCUSED FROM APPEARING IN
                                        )  PERSON OR BY TELEPHONE AT
13 COUNTY OF ALAMEDA, ALAMEDA           )  MARCH 15, 2011 SETTLEMENT
   COUNTY CPS; CATHERINE MOORE;         )  CONFERENCE
14 COUNTY OF ALAMEDA SOCIAL             )
   SERVICES AGENCY, and DOES 1 to 20,   )
15 inclusive,                           )
                                        )
16          Defendants.                 )
   _____)

17

18         Defendant KATHERINE MOORE has requested to be excused from personally

19 attending the March 15, 2011 settlement conference, or from being available by telephone for

20 the duration of the settlement conference.

21         Attending in their place will be a representative of defendant COUNTY OF

22 ALAMEDA, who is authorized to settle the case.

23         Good cause appearing,

24         The request by defendant KATHERINE MOORE to be excused from the conference is

25 hereby granted.

26 Dated:      March 9, 2011

27                                                    _____
                                                     Magistrate Judge James Larson
28

                                        1

*Guzman v. County of Alameda, et al.*/Case #C10-02250 MEJ (JL)
[Proposed] Order Granting Individual Defendant's Request To Be Excused From Appearing
In Person Or By Telephone At March 15, 2011 Settlement Conference

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone:  510-763-2324
Facsimile:  510-273-8570