UNITED STATES DISTRICT COURT

Northern District of California

GRACE GUZMAN, et al.,

                Plaintiffs,

  v.

COUNTY OF ALAMEDA, et al.,

                Defendants.
_____/

No. C 10-2250 MEJ

**ORDER VACATING PRETRIAL AND TRIAL DATES**

This matter is currently scheduled for a pretrial conference on September 15, 2011, with the trial scheduled to commence on October 17, 2011. However, as Defendants' summary judgment remains pending and the parties are scheduled to attend a settlement conference on September 8, 2011, the Court hereby VACATES all pending pretrial and trial deadlines. The Court shall issue a revised case management schedule, if necessary, after resolution of Defendants' motion.

**IT IS SO ORDERED.**

Dated: August 10, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge