Rebecca S. Widen, SBN 219207
Andrea A. Najor, SBN 221853
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA and KATHERINE MOORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| GRACE GUZMAN, Y. E., | Case No.: C10-02250 MEJ (NMC) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER VACATING SETTLEMENT CONFERENCE** |
| vs. | |
| COUNTY OF ALAMEDA, ALAMEDA COUNTY CPS; CATHERINE MOORE; COUNTY OF ALAMEDA SOCIAL SERVICES AGENCY, and DOES 1 to 20, inclusive, | |
| Defendants. | |

The parties hereto, by and through their undersigned counsel, stipulate as follows pursuant to Civil Local Rule 6-2:

1. On March 15, 2011, the parties attended a settlement conference in this matter before Magistrate Judge James Larson. The case did not settle.

2. On June 1, 2011, Magistrate Judge Nathanael Cousins became the settlement judge on the case due to the retirement of Judge Larson.

3. On July 14, 2011, Judge Cousins issued an order scheduling a pretrial settlement conference for September 8, 2011. The parties subsequently informed Judge Cousins' courtroom clerk that they were not available to attend a settlement conference on that date.

4. On August 10, 2011, Chief Magistrate Judge Maria Elena James issued an order vacating the October 17, 2011 trial and all related dates due to the pending summary judgment

1

*Guzman v. County of Alameda, et al.*/Case #C10-02250 MEJ (NMC)
Stipulation And [Proposed] Order Vacating Settlement Conference

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

1 motion.

2     5. The parties agree that a settlement conference would be unproductive at this point in
3 the proceedings.

4     6. The parties agree that the September 8, 2011 settlement conference should be
5 vacated. The parties agree to contact Judge Cousins' courtroom clerk to reschedule the pretrial
6 settlement conference if/when the case is scheduled for trial.

7     IT IS SO STIPULATED.

8 Dated: August 15, 2011    LAW OFFICES OF MARCOS F. M. ACOSTA

10 By: */s/ Marco F. M. Acosta
    Marco F. M. Acosta
11     Attorneys For Plaintiffs
    *Mr. Acosta provided his consent that this
12     Stipulation be filed.

13 Dated: August 15, 2011    HAAPALA, THOMPSON & ABERN, LLP

15 By: /s/ Rebecca S. Widen
    Rebecca S. Widen
16     Attorneys For Defendants

18 **ORDER**

19     Pursuant to stipulation and for good cause shown, it is SO ORDERED. The
20 September 8, 2011 pretrial settlement conference is VACATED. The parties shall contact Judge
21 Cousins' courtroom clerk to reschedule the pretrial settlement conference if/when the case is
22 scheduled for trial.

23 Dated: August 15, 2011

*IT IS SO ORDERED*
*[signature]*
Judge Nathanael M. Cousins

Hon
Magi
Unite

2

*Guzman v. County of Alameda, et al./*Case #C10-02250 MEJ (NMC)
Stipulation And [~~Proposed~~] Order Vacating Settlement Conference